BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> 4695 CHABOT DRIVE, SUITE #200 <br> PLEASANTON, CALIFORNIA 95488 | CASE NO.: 2:12-SW-170-DAD <br><br> REQUEST TO UNSEAL SEARCH <br> WARRANT DOCUMENTS |

The United States, by undersigned counsel, petitions the Court and respectfully represents:

1. On April 4, 2012, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. The subject of the investigation has been indicted.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the documents in the

1 | application and affidavit be unsealed and made part of the public
2 | record.
3 | DATED: October 25, 2012

          Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney

          By: /s/ Matthew G. Morris
          MATTHEW G. MORRIS
          Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-SW-00170 DAD be unsealed and made part of the public record.

Dated: 10/25/12

          /s/ Dale A. Drozd

          THE HONORABLE DALE A. DROZD
          United States Magistrate Judge